UNITED STATES of America,
Plaintiff-Appellee,

v.

Pauline PILLOW, Rachel MacNair, Mary
Axe, Steve Edward Brosnan, and Doug-
las Gillingham, Defendants-Appellants.

Nos. 79–1745, 79–1749, 79–1750, 79–1754,
and 79–1757 (Trial Group B).

United States Court of Appeals,
Tenth Circuit.

June 17, 1982.

Rehearing Denied Aug. 11, 1982.

John S. Evangelisti of LaFond & Evan-
gelisti, Denver, Colo. (Jonathan L. Olom,
Denver, Colo., Tim Correll, Denver, Colo.,
and Cathlin Donnell of Kelly, Haglund,
Garnsey, Kahn & Donnell, Denver, Colo., on
the briefs), for defendants-appellants.

Nancy E. Rice, Asst. U. S. Atty., D. Colo.,
Denver, Colo. (Joseph F. Dolan, U. S. Atty.,
Denver, Colo., with her on the brief), for
plaintiff-appellee.

Before SETH, Chief Judge, and HOLLO-
WAY, McWILLIAMS, BARRETT, McKAY,
LOGAN and SEYMOUR, Circuit Judges.

On Petition For Rehearing En Banc

SETH, Chief Judge.

These are part of a series of eighty-six
appeals from convictions for violating 42
U.S.C. §§ 2278a(a) and (b) and 10 C.F.R.
§§ 860.3, 860.5(a), and 860.6.

Appellants in Trial Group B were arrest-
ed at the west access road to Rocky Flats.
For the facts surrounding the arrest, *see*
*United States v. Hueftle,* 687 F.2d 1305
(10th Cir.), filed this date. For a discussion
of the post-arrest and pretrial procedures,
*see United States v. Seward,* 687 F.2d 1270
(10th Cir.), filed this date.

The issues on appeal by this trial group
are as follows:

1. The trial judge erred in refusing to
   allow appellants to present to the
   jury the defense of "necessity" or
   "choice of evils."
2. The convictions are invalid because
   the designation of boundaries in the
   Federal Register on April 13, 1979
   fails to comply with the provisions of
   5 U.S.C. §§ 551 et seq., 42 U.S.C.
   §§ 7191 et seq., and 10 C.F.R.
   §§ 860.1, et seq., as well as internal
   DOE standards published at 44 Fed.
   Reg. 1032 (January 3, 1979).
3. Government ownership of a nonexclu-
   sive easement at the arrest site is an
   insufficient possessory interest in
   land to sustain a conviction for tres-
   pass upon "real property" in violation
   of 42 U.S.C. § 2278a and 10 C.F.R.
   § 860.3.

The first issue is controlled by our deci-
sion in *United States v. Seward.* The
second and third issues are governed by our
decision in *United States v. Thompson,* 687
F.2d 1279 (10th Cir.), filed this date.

For the reasons set forth in those opin-
ions, the judgments are affirmed.

For dissenting opinion of McKay, Cir-
cuit Judge, in which Logan and Seymour,
Circuit Judges joined, see 687 F.2d 1279, at
p. 1286.